Mark O. Doss
_____
Plaintiff

Civ. Action No. 25 - 1 4 4 8
(To be assigned by the Clerk's Office)

**Motion for a Protective Order**

Dolores M. Whitley
_____
Defenant

# Motion for a Protective Order

### Request

The Plaintiff requests to have page "Confidential Injuries" of the Plaintiff's Pleading sealed from the public and from the opposing parties of the suit.

Date Filed: November 26th, 2025

Docket No.:
(to be assigned by the Clerk's Office)

### Legal Authority

Federal Rules of Civil Procedure 26(c)(1) allows a party to move for a protective order to prevent "annoyance, embarrassment, oppression, or undue burden or expense."

## Reasons

In the page "Confidential Injuries", the Plaintiff describes sensitive and serious personal medical information, that could cause undue harm or ill-effects if provided freely to the general public. The Plaintiff further asks for this information to be sealed from opposing parties in the case due to its sensitivity, and their capacity to use it against the Plaintiff, in manner similar to the original causes of action of the Pleading.

November 26th, 2025
Dated

Mark O. Doss
Printed Name

Plaintiff's Signature

6883 Bartow Way
Address

Midland   Georgia   31820
City   State   Zip Code

972-922-7254
Telephone Number

markforelephants@gmail.com
Email Address